IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALVIN ADAIR,

      Petitioner,

v.                                        CASE NO. 5:12-cv-346-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

      Respondent.

_____/

# O R D E R

This case is before the Court on Respondent's Motion for Extension of Time to Respond to Order of August 7, 2012. (Doc. 6.) Respondent seeks a 60-day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.      Respondent's Motion for Extension of Time to Respond to Order of August 7, 2012, Doc. 6, is **GRANTED**. Respondent shall file a response **on or before March 8, 2013**.

2.      Petitioner shall file his reply, if any, **on or before April 8, 2013**.

**DONE AND ORDERED** this 8th day of January 2013.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge