## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

CALVIN ADAIR,

      Petitioner,

v.                                          CASE NO. 5:12-cv-00346-MP-GRJ

SECRETARY DEPARTMENT OF CORRECTIONS, KENNETH S TUCKER,

      Respondents.

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 28, 2011. (Doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The Motion to Dismiss, Doc. 18, is granted, and the petition dismissed.  No certificate of appealability is appropriate in this case.

      **DONE AND ORDERED** this *20th* day of June, 2014

                   *s/Maurice M. Paul*

                   Maurice M. Paul, Senior District Judge